UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 15-0368-AG(JCGx)                              Date  August 3, 2015

Title  ROCIO MEDEL v NEW PENN FINANCIAL LLC, ET AL

Present: The Honorable   ANDREW J. GUILFORD, U.S. District Judge

| Nancy Boehme | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

Greenville Pridham                                    Raffi Kassabian

**Proceedings:**   1. ORDER TO SHOW CAUSE RE SANCTIONS, INCLUDING DISMISSAL FOR PLAINTIFF'S COUNSEL'S FAILURE TO APPEAR AT THE 7/20/15 SCHEDULING CONFERENCE AND FAILURE TO OBEY COURT ORDERS AND RULES

2. SCHEDULING CONFERENCE

3. DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [DKT 9]

Cause is called for hearing and counsel make their appearances.  Counsel argue the motion to dismiss.  Motion is taken under submission.

Scheduling Conference held.  The Court sets the following dates:

Discovery Cutoff is April 11, 2016

A Final Pretrial Conference is set for June 27, 2016, at 8:30 a.m.

A Jury Trial is set for July 12, 2016, at 9:00 a.m.  Court sets the length of the trial at 3 days.

Counsel stipulate to and the Court orders ADR No. 2 before the Court's mediation panel.

Scheduling Order Specifying Procedures is signed and filed this date.

:   23

Initials of Preparer   nkb